# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **BRIAN KEITH FITZGERALD,** : | |
| Plaintiff, : | |
| v. : | **CIVIL ACTION** |
| : | |
| **MICHAEL J. ASTRUE,** : | **NO. 12-4145** |
| **Commissioner of the Social Security Administration,** : | |
| Defendant. : | |

## ORDER

AND NOW, this 13th day of May, 2013, for the reasons discussed in the Memorandum Opinion filed this day, it is hereby ORDERED that Plaintiff's Motion for Reconsideration [Doc. No. 12] is DENIED.

It is so ORDERED.

BY THE COURT:

s/Gene E.K. Pratter
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE